# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 69638-6-I |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| ANTHONY C. LEE, | ) | UNPUBLISHED OPINION |
| Appellant. | ) | FILED: OCT 1 4 2013 |

PER CURIAM. — Anthony Lee appeals his convictions for second degree theft and possession of cocaine. Citing Division Two's decision in State v. Knotek, 136 Wn. App. 412, 149 P.3d 676 (2006), he contends he was misadvised of the applicable maximum sentence and that his guilty plea was therefore not knowingly, voluntarily, and intelligently entered. He concedes, however, that this court reached a contrary conclusion in State v. Kennar, 135 Wn. App. 68, 143 P.3d 326 (2006). Lee offers no persuasive basis to depart from our decision in Kennar. We adhere to it and reject his challenge to his plea. Lee's statement of additional grounds for review, which discusses a civil claim for unlawful imprisonment, fails to articulate any basis for relief from his conviction and sentence.

Affirmed.

Cox, J.

WE CONCUR:

Spearman, J.

Leach, C.J.